# EXHIBIT 2

# EXHIBIT 2

Electronically Issued
10/2/2023 2:49 PM

1  **SEI**
   NEAL K. HYMAN, ESQ.
2  Nevada State Bar No. 5998
   **LAW OFFICES OF NEAL HYMAN**
3  9480 S. Eastern Avenue, Suite 224
   Las Vegas, NV 89123
4  Telephone: 702 477-0042
   Facsimile: 702 477-0227
5  neal@nealhyman.com
   www.nealhyman.com
6  Attorneys for Plaintiff

7

8                           DISTRICT COURT

9                        CLARK COUNTY, NEVADA

10                                ***

11  RICKEY OLIVER LOFTON, JR., an individual,     ) **SUMMONS**
                                                  )
12                  Plaintiff,                    ) CASE NO.:   A-23-878791-C
                                                  ) DEPT. NO.:  14
13          vs.                                   )
                                                  )
14  TESLA, INC., a Delaware corporation; DOE      )
    INDIVIDUALS 1-10 and ROE BUSINESS OR          )
15  GOVERNMENTAL ENTITIES 1-10, inclusive,        )
                                                  )
16                                                )
                    Defendants.                   )
17  _____        )

18      **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU**

19  **WITHOUT BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE**

20  **INFORMATION BELOW.**

21      **TO THE DEFENDANT:** A Complaint has been filed by the Plaintiff(s) against you for the

22  relief set forth in the Complaint.

23                              **TESLA, INC.**

24      1.    If you intend to defend this lawsuit, within 20 days after this Summons is served on

25  you exclusive of the day of service, you must do the following:

26

27      a.    File with the Clerk of this Court, whose address is shown below, a formal

28  written response to the Complaint in accordance with the rules of the Court.

LAW OFFICES OF NEAL HYMAN
9480 S. Eastern Avenue, Ste. 224, Las Vegas, NV 89123
702 477-0042 / neal@nealhyman.com / nealhyman.com

        b.     Serve a copy of your response upon the attorney whose name and address is shown below.

2.     Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3.     If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Issued at direction of:

| **LAW OFFICES OF NEAL HYMAN** | STEVEN D. GRIERSON |
| | **CLERK OF COURT** |
| *[signature]* | |
| NEAL K. HYMAN, ESQ. | By: *[signature]* Marie Kramer  10/4/2023 |
| Nevada Bar No. 005998 | DEPUTY CLERK                Date |
| 9480 S. Eastern Avenue, Suite 224 | County Courthouse |
| Las Vegas, NV 89123 | 200 Lewis Avenue |
| 702 477-0042 | Las Vegas, Nevada 89101 |
| 702 477-0227 (fax) | **Marie Kramer** |
| neal@nealhyman.com | |
| www.nealhyman.com | |
| *Attorneys for Plaintiff* | |