# EXHIBIT 3

# EXHIBIT 3

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

TESLA, INC.

**Entity Number:**

E0576452012-6

**Entity Type:**

Foreign Corporation (80)

**Entity Status:**

Active

**Formation Date:**

11/06/2012

**NV Business ID:**

NV20121672465

**Termination Date:**

Perpetual

**Annual Report Due Date:**

11/30/2024

**Domicile Name:**

TESLA, INC.

**Jurisdiction:**

Delaware - United States

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

C T CORPORATION SYSTEM

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20191497453

**Office or Position:**

**Jurisdiction:**

DELAWARE

**Street Address:**

701 S CARSON ST STE 200, Carson City, NV, 89701, USA

**Mailing Address:**

**Individual with Authority to Act:**

MATTHEW TAYLOR

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Treasurer | Vaibhav Taneja | 1 Tesla Road , Austin, TX, 78725, USA | 10/25/2023 | Active |
| Other/ | Troy Jones | 1 Tesla Road , Austin, TX, 78725, USA | 10/25/2023 | Active |
| President | Elon Musk | 1 Tesla Road , Austin, TX, 78725, USA | 11/29/2022 | Active |
| Director | Elon Musk | 1 Tesla Road , Austin, TX, 78725, USA | 11/29/2022 | Active |
| Other/ | Emmanuelle Stewart | 1 Tesla Road , Austin, TX, 78725, USA | 11/29/2022 | Active |

Page 1 of 1, records 1 to 5 of 5

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
|  | Authorized | 2,100,000,000 | 0.001000000000 |

Page 1 of 1, records 1 to 1 of 1

◯ Unlimited Foreign Entities Only

◯ No Stock Foreign Entities Only

Number of No Par Value Shares:

0

Total Authorized Capital:

2,100,000

Filing History      Name History      Mergers/Conversions

Return to Search      Return to Results