JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
THOMAS W. MARONEY, ESQ.
Nevada Bar No. 13913
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: tom.maroney@jacksonlewis.com

*Attorneys for Defendant*
*Tesla, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICKEY OLIVER LOFTON, JR., an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> TESLA, INC., a Delaware corporation; DOE INDIVIDUALS 1-10 and ROE BUSINESS OR GOVERNMENTAL ENTITIES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:23-cv-01821-RFB-BNW <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff RICKEY OLIVER LOFTON, JR., by and through his counsel, Law Offices of Neal Hyman, and Defendant TESLA, INC., by and through its counsel, Jackson Lewis P.C., hereby stipulate to the Dismissal with Prejudice of this action, including all claims herein against all parties, with each party to bear their own attorneys' fees and costs.

DATED this 23rd day of May, 2025.

| LAW OFFICES OF NEAL HYMAN | JACKSON LEWIS P.C. |
|---|---|
| */s/ Neal K. Hyman* | */s/ Joshua A. Sliker* |
| NEAL K. HYMAN, ESQ. | JOSHUA A. SLIKER, ESQ |
| Nevada Bar No. 5998 | Nevada Bar No. 12493 |
| 9480 S. Eastern Avenue, Suite 224 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff Rickey Oliver Lofton, Jr.* | *Attorneys for Defendant Tesla, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: June 6, 2025